UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH KOEBERLEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-03526-JRS-TAB |
| | ) |
| SAGAMORE HOME MORTGAGE, LLC, | ) |
| DOUGLAS DODSON, | ) |
| SCOTT COLE, | ) |
| SCOTT PEACHEE, | ) |
| JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On April 13, 2020, Magistrate Judge Baker entered an order directing plaintiff to show cause why this case should not be dismissed without prejudice due to an apparent lack of service. (ECF No. 8). Plaintiff did not file any response to the Order to Show Cause.

Accordingly, this action is now DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 4(m). Judgment consistent with the entry shall now issue.

Date: 4/30/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joshua Samuel Boyette
SWARTZ SWIDLER, LLC
jboyette@swartz-legal.com

Daniel A Horowitz
SWARTZ SWIDLER, LLC
dhorowitz@swartz-legal.com