UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH KOEBERLEIN,<br><br>                Plaintiff,<br><br>                v.<br><br>SAGAMORE HOME MORTGAGE, LLC,<br>DOUGLAS DODSON,<br>SCOTT COLE,<br>SCOTT PEACHEE,<br>JOHN DOES 1-10,<br><br>                Defendants. | No. 1:18-cv-03526-JRS-TAB |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT and this action is **dismissed without prejudice** for lack of service.

Date: 4/30/2020

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joshua Samuel Boyette
SWARTZ SWIDLER, LLC
jboyette@swartz-legal.com

Daniel A Horowitz
SWARTZ SWIDLER, LLC
dhorowitz@swartz-legal.com